Form B 250A (12/09)

# United States Bankruptcy Court
# District Of Idaho

In re Marco Antonio Garcia Lazano and Clara Ontiveros Conde ,  ) Case No. 20-40607-JMM
Debtor ) 
) Chapter 11
)
Cache Cow Farms, LLC )
Plaintiff )
)
v. ) Adv. Proc. No. 21-08004-JMM
)
MARCO ANTONIO GARCIA a/k/a MARCO ANTONIO GARCIA LAZONO and CLARA ONTIVEROS CONDE and MGM CATTLE, LLC )
)
Defendant )

**SUMMONS IN AN ADVERSARY PROCEEDING**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk:   Clerk, U.S. Bankruptcy Court

801 E. Sherman St. Pocatello, ID 83201

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:

Daniel C. Green
P.O. Box 1391
Pocatello, ID 83204

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



United States Courts
District of Idaho
**ISSUED**
*Amie Duong*
*on Jan 25, 2021 11:15 am*